| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) D. Cornett    B. Date of Delivery 01/30/07<br>C. Signature<br>X ☐ Agent  ☒ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>CHARLES G. WEST,<br>SHERIFF<br>P.O. BOX 22<br>Luverne, AL 36049<br><br>07cv43 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number (Copy from service label)
7003 2260 0004 5055 3880

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952