IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD WILLIAMS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cv-00043-WHA-TFM |
| | ) | |
| CHARLES WEST | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT SHERIFF CHARLES WEST'S MOTION
TO DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Crenshaw County Sheriff, Charles West, in both his official and individual capacities, and moves to dismiss the Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), as the Complaint fails to state a claim upon which relief can be granted. As grounds therefore, Defendant states as follows:

1. Sheriff West is protected by absolute immunity from all claims against him in his official capacity, and Sheriff West in his official capacity is not a "person" within the meaning of § 1983.

2. In his individual capacity, the Sheriff is protected by qualified immunity from the Plaintiff's 42 U.S.C. §§ 1981 and 1983 claims. Plaintiff's claims based on the Equal Protection Clause and the First Amendment fail to state a constitutional violation.

3. Plaintiff fails to properly allege a claim pursuant to 42 U.S.C. § 1981.

4. Plaintiff's retaliation, which is identical to his First Amendment claim, fails, as Plaintiff was dismissed for a lawful reason.

5. Defendant was not required to follow the provisions of the Crenshaw County Personnel System Manual in terminating Plaintiff.

    6.       Sheriff West is immune from punitive damages.

Based upon the foregoing, Crenshaw County Sheriff Charles West requests that this Court grant his Motion to Dismiss Plaintiff's Complaint. Defendant further requests costs and attorney's fees pursuant to law and 42 U.S.C. § 1988.

Respectfully submitted this 21st day of February, 2007.

                             **s/ Robbie Alexander Hyde**
                             ROBBIE ALEXANDER HYDE, Bar No. ALE023
                             Attorney for Defendant
                             WEBB & ELEY, P.C.
                             7475 Halcyon Pointe Drive
                             Post Office Box 240909
                             Montgomery, Alabama  36124
                             Telephone:  (334) 262-1850
                             Fax:  (334) 262-1889
                             E-mail:  rhyde@webbeley.com


**CERTIFICATE OF SERVICE**

I hereby certify that on **February 21, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  **Amardo Wesley Pitters, Esq.**

                             **s/ Robbie Alexander Hyde**
                             Of Counsel