IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv043-WHA |
| ) | |
| CHARLES WEST, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss (Doc. #4), filed on February 21, 2007, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before March 7, 2007** why the motion should not be granted. The Defendant shall have **until March 14, 2007**, to file any reply he may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 22nd day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE