IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EDWARD WILLIAMS** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| | ) Civil Action No.: 2:07cv043-WHA |
| **v.** | ) |
| | ) |
| **CHARLES G. WEST, in his Individual and** | ) |
| **Official Capacity as Sheriff of Crenshaw County,** | ) |
| **Alabama,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**COMES NOW,** Plaintiff Edward Williams, by and through undersigned counsel, and move this Honorable Court for a seven day extension to file a response to defendant's motion to dismiss. In support thereof, plaintiff shows the Court as follows:

1. The undersigned counsel was away from Montgomery last week due to a death in his family. Counsel returned to Montgomery yesterday; had court in Tuscaloosa today; and has a doctor's deposition tomorrow in a medical malpractice case. Counsel has conveyed the same to opposing counsel and there is no objection to this court granting an extension of time.

**WHEREFORE, PREMISES CONSIDERED,** plaintiff requests a seven (7) day extension to file his response, with the same coming due on or before March 14, 2007.

    Respectfully submitted,

    **/s/ Amardo Wesley Pitters**_____
    **Amardo Wesley Pitters, Esquire**
    **Attorney for the Plaintiff**
    **Alabama State Bar: 8998-T64A**

**OF COUNSEL:**

**A. WESLEY PITTERS, P.C.**
**1145 South Perry Street (36104)**
**Post Office Box 1973**
**Montgomery, Alabama 36102**
**Telephone: (334) 265-3333**
**Telecopier: (334) 265-3411**
**Email: awpitters@pitterslawfirm.com**

## CERTIFICATE OF SERVICE

     I hereby certify that on this the _____6th_____ day of March, 2007, a copy of the foregoing was duly served upon the following counsel of record:

>   **Hon. Robbie Hyde**
>   **WEBB & ELY**
>   **250 Winton M. Blount Loop**
>   **Montgomery, Alabama  361**

via e-file.

>   ____/s/ Amardo Wesley Pitters_____
>   **Amardo Wesley Pitters, Esquire**