IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EDWARD WILLIAMS,                )
                                )
           Plaintiff,           )
                                )
vs.                             )   CIVIL ACTION NO. 2:07cv043-WHA
                                )
CHARLES G. WEST, etc.,          )
                                )
           Defendant.           )

## **ORDER**

Upon consideration of the Motion for Extension of Time (Doc. #7), and the Plaintiff's counsel having represented that opposing counsel has no objection, the motion is GRANTED, and it is hereby

ORDERED that the time for Plaintiff to respond to Defendant's Motion to Dismiss is extended to **March 14, 2007**. Defendant is given **until March 21, 2007**, to reply, at which time the motion will be taken under submission for determination without oral argument.

DONE this 7th day of March, 2007.

       /s/ W. Harold Albritton
       W. HAROLD ALBRITTON
       SENIOR UNITED STATES DISTRICT JUDGE