IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EDWARD WILLIAMS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) Civil Action No.: 2:07cv043-WHA |
| **v.** | ) |
| | ) |
| **CHARLES G. WEST, in his Individual and** | ) |
| **Official Capacity as Sheriff of Crenshaw County,** | ) |
| **Alabama,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR VOLUNTARY DISMISSAL

**COMES NOW,** Plaintiff Edward Williams, by and through undersigned counsel, and move this Honorable Court for a entry of a an order pursuant to Rule 41, *Fed. R. Civ. P.* voluntarily dismissing the above-styled cause.

    Respectfully submitted,

    **/s/ Amardo Wesley Pitters**_____
    **Amardo Wesley Pitters, Esquire**
    **Attorney for the Plaintiff**
    **Alabama State Bar: 8998-T64A**

**OF COUNSEL:**

*A. WESLEY PITTERS, P.C.*
**1145 South Perry Street (36104)**
**Post Office Box 1973**
**Montgomery, Alabama 36102**
**Telephone: (334) 265-3333**
**Telecopier: (334) 265-3411**
**Email: awpitters@pitterslawfirm.com**

## CERTIFICATE OF SERVICE

I hereby certify that on this the     14th     day of March, 2007, a copy of the foregoing was duly served upon the following counsel of record:

        **Hon. Robbie Hyde**
        **WEBB & ELY**
        **250 Winton M. Blount Loop**
        **Montgomery, Alabama  361**

via e-file.

        **___/s/ Amardo Wesley Pitters_____**
        **Amardo Wesley Pitters, Esquire**