IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv043-WHA |
| | ) |
| CHARGES G. WEST, etc., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On February 21, 2007, the Defendant filed a Motion to Dismiss (Doc. #4). On February 22, 2007, the court entered an order (Doc. #6) giving the Plaintiff until March 7, 2007, to show cause, if any there be, why the Motion to Dismiss should not be granted, and on March 7, 2007, the court entered an order (Doc. #8) granting the Plaintiff's Motion for Extension of Time and extending the time to respond to the Defendant's Motion to Dismiss to March 14, 2007. The Plaintiff did not respond to the Defendant's Motion to Dismiss, but on March 15, 2007, filed a Motion for Voluntary Dismissal (Doc. #9), which the court takes to be a Notice of Dismissal, pursuant to Rule 41(a)(1), *Fed.R.Civ.P.*

In view of the above, and the Plaintiff's Notice of Dismissal having been filed before service by the Defendant of an Answer or of a Motion for Summary Judgment, it is hereby ORDERED as follows:

1. Defendant's Motion to Dismiss is DENIED as moot.

2. This case is DISMISSED pursuant to the Plaintiff's Notice of Dismissal.

DONE this 20th day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE